```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF RHODE ISLAND
```

```
_____
                                   )
STEPHEN ROY MATTATALL,             )
                                   )
        Petitioner,                )
                                   )
        v.                         )    C.A. No. 16-12-S
                                   )
ASHBEL T. WALL,                    )
                                   )
        Respondent.                )
_____)
```

**ORDER**

WILLIAM E. SMITH, Chief Judge.

　　Before the Court are Petitioner's Motion for Certificate of Appealability and Motion for Authorization to File a Successive Petition for Writ of Habeas Corpus. (ECF Nos. 5, 6.) Petitioner originally filed a second or successive petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1.) This Court denied that Motion because Petitioner "failed to obtain a certificate of appealability from the Court of Appeals permitting the district court to review [Petitioner's] second § 2254 petition as required by 28 U.S.C. § 2244." (Mem. and Order 1, ECF No. 4.) Petitioner has now filed a Motion for Certificate of Appealability and Motion for Authorization to File a Successive Petition for Writ of Habeas Corpus. (ECF Nos. 5, 6.) While both of Petitioner's motions are directed to the First

Circuit Court of Appeals, they have been filed with this Court. Petitioner's Motions (ECF Nos. 5, 6) are therefore transferred to the First Circuit Court of Appeals for consideration pursuant to First Circuit Rule 22.1(e).

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date:  December 13, 2016